In the Matter of the Accounting of JOHN LYON et al., as Executors of WILLIAM ABRAMS, Deceased, Respondents.

JULIA E. FOWLER et al., Appellants.

*Matter of Lyon*, 157 App. Div. 938, affirmed.
(Argued April 15, 1914; decided May 5, 1914.

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 27, 1913, which affirmed a decree of the Nassau County Surrogate's Court judicially settling the accounts of the executors of William Abrams, deceased.

*William F. Fowler* for appellants.

*Francis G. Hooley* for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.